### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM WILSON,<br><br>       Plaintiff,<br>  v.<br><br>BEST MATTRESS, INC.,<br><br>       Defendant. | Case No. 1:24-cv-00132 |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)

1.      Whereas Plaintiff Sam Wilson filed the above-referenced case against Defendant Best Mattress, Inc. on February 7, 2024.

2.      Whereas Defendant never answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3.      Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff respectfully dismisses his Complaint without prejudice.

Dated: March 29, 2024         Respectfully Submitted,

*/s/ Benjamin Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243

*Attorneys for Plaintiff Sam Wilson*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 29th day of March 2024.

                                              */s/ Benjamin J. Sweet*
                                              Benjamin J. Sweet